IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.:  5:14-cv-26-RLV-DSC

| | |
|---|---|
| MATHEW A. HOWCROFT,<br><br>      Plaintiff,<br><br>v.<br><br>SAFELITE GROUP INC., and<br>SAFELITE GLASS CORP.,<br><br>      Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application[s] For Admission To Practice Pro Hac Vice [for Andrew C. Smith and Liana R. Hollingsworth]" (Docs. 9 and 10) filed on May 9, 2014.  For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: May 12, 2014

_____
David S. Cayer
United States Magistrate Judge