IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 5:14-CV-00026-RLV-DSC

| | |
|---|---|
| MATHEW A. HOWCROFT,<br><br>    Plaintiff,<br><br>v.<br><br>SAFELITE GROUP INC. and<br>SAFELITE GLASS CORP.,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Consent Motion to Change Venue filed on May 23, 2014 [Doc. No.14]. After conferring with the chambers of the Honorable Richard L. Voorhees, the Court will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that the Clerk shall transfer venue in this matter from the Statesville Division to the Charlotte Division of the United States District Court for the Western District of North Carolina.

**SO ORDERED**.

Signed: May 30, 2014

David S. Cayer
United States Magistrate Judge