# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-283-RJC-DCK

| | |
|---|---|
| MATHEW A. HOWCROFT, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| SAFELITE GLASS CORP.<br>SAFELITE GROUP INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion To File Certain Exhibits In Support Of Their Motion For Summary Judgment Under Seal" (Document No. 25) filed March 30, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion To File Certain Exhibits In Support Of Their Motion For Summary Judgment Under Seal" (Document No. 25) is **GRANTED**.

Signed: March 31, 2015

David C. Keesler
United States Magistrate Judge